**STATE of Missouri, Respondent,**

v.

**Octaviano J. PEREZ, Appellant.**

**No. WD 36121.**

Missouri Court of Appeals,
Western District.

June 11, 1985.

Bob J. Hiler, Kansas City, for appellant.

William Webster, Atty. Gen., Mary Elise Burnett, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and SOMERVILLE and MANFORD, JJ.

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for possession of a controlled substance, in violation of § 195.020, RSMo Supp. 1984.

The judgment is affirmed. Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Michael G. MOSS, Appellant.**

**No. WD 36394.**

Missouri Court of Appeals,
Western District.

June 11, 1985.

Gary Lee Stamper, Columbia, for appellant.

Robert L. Fleming, Columbia, for respondent.

Before TURNAGE, C.J., and SOMERVILLE and MANFORD, JJ.

### ORDER

PER CURIAM:

Direct appeal from convictions for driving under suspension, in violation of § 302.-321, RSMo Supp.1984, and "resisting arrest by fleeing in a vehicle," in violation of § 575.150, RSMo.1978.

Judgment affirmed. Rule 30.25(b).